**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FREDERICK OMOYUMA SILVER,   )
                            )
            Plaintiff,      )   Case No.: 2:20-cv-00682-GMN-VCF
    vs.                     )
                            )   **ORDER**
CLARK COUNTY NEVADA, *et al.*, )
                            )
            Defendants.     )
                            )
                            )

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Cam Ferenbach, (ECF No. 5), which recommends that Plaintiff Frederick Silver's ("Plaintiff's") case be dismissed and that Plaintiff be declared a vexatious litigant. Plaintiff filed an Objection, (ECF No. 6), two Motions to Show Authority, (ECF Nos. 8, 11), and a Motion to Correct, (ECF No. 10). Each of the pleadings argue that the R&R should be stricken as invalid because the Magistrate Judge did not have authority to enter an R&R. No Defendant filed a response.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation

1  where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114,
2  1122 (9th Cir. 2003).

3        Here, Plaintiff does not object to the substance of the R&R.  Rather, he argues that the
4  Magistrate Judge did not have the power to enter an R&R.  Plaintiff is mistaken because the
5  Local Rules for the District of Nevada expressly authorize consideration of motions by R&R.
6  The rule explains, "[w]hen a district judge refers to a magistrate judge a motion, petition, or
7  application that a magistrate judge may not finally determine under 28 U.S.C. § 636(b)(1)(B),
8  the magistrate judge must review it, conduct any necessary evidentiary or other hearings, and
9  file findings and recommendations for disposition by the district judge." *See* LR IB 1-4.  There
10 is no requirement that the district judge notify the parties when referring a motion to a
11 magistrate judge for an R&R.  If a party disagrees with the reasoning of the R&R, the party
12 may object to the magistrate judge's findings and recommendations within 14 days of service
13 thereof, and the objection triggers mandatory *de novo* review by the district judge of the
14 portions of the record to which objections are made. *See* LR IB 3-2.  Here, given that the
15 Magistrate Judge properly exercised his authority, and Plaintiff has not objected to the merits of
16 the Magistrate Judge's reasoning, the Court adopts the R&R in full.
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Objection and Motions, (ECF Nos. 6, 8, 10, 11), are **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation, (ECF No. 5), is **ACCEPTED AND ADOPTED in full**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed *in forma pauperis*, (ECF No. 1), is **DENIED as moot**.

**IT IS FURTHER ORDERED** that Plaintiff shall be designated a vexatious litigant. Future complaints Plaintiff files with the Court shall be subject to prescreening.

The Clerk of Court shall close the case and enter judgment accordingly.

**DATED** this __2__ day of December, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court